**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                   **3:00cr45/RV**

**LOUIS ROMAIN**

---

### ORDER

The defendant has filed a notice of appeal of this court's order denying his motion for relief of void judgment pursuant to Rule 60(b)(4) of Fed.R.Civ.P.  (Doc. 660, 669).  Appeal of denial of Rule 60(b) motion requires certificate of appealability.  *Gonzalez v. Secretary of Department of Corrections*, 317 F.3d 1308, 1312 (11th Cir. 2003).   A COA should not issue in the appeal from the denial of a Rule 60(b) motion in a habeas case unless the petitioner shows, at a minimum, that it is debatable among jurists of reason whether the district court abused its discretion, see *Mobley v. Head*, 306 F.3d 1096, 1097 (11th Cir. 2002) ("This Court reviews a denial of a 60(b) motion for an abuse of discretion."); petition for issuance of certificate of appealability of this court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 182).  Because the defendant has not made a substantial showing of the denial of a constitutional right, his request for a certificate of appealability is DENIED.

DONE AND ORDERED this 28th day of August, 2007.

                                             /s/ *Roger Vinson*
                                             **ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**